IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 08 22 |
| v. | ) | CR NO. |
| | ) | In Violation of 18 U.S.C. §§ |
| JAMEEL GIBBONS | ) | 111(a)(1) and (b) and 1114 |

**INDICTMENT**

The Grand Jury charges that:

On or about January 25, 2008, in the District of Rhode Island, the defendant, JAMEEL GIBBONS, did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with a person assisting an officer and employee of the United States, to wit Zilton Soares, while Soares was engaged in, and on an account of, the performance of his official duties, and thereby inflicted bodily injury on Soares.

All in violation of 18 U.S.C. §§ 111(a)(1) and (b) and 1114.

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

DATE: 3/5/08

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Criminal Chief

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney