1225484

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JAMEEL GIBBONS

**WARRANT FOR ARREST**

CASE NUMBER: CR 08-22S

RECEIVED
U.S. MARSHALS SERVICE
MAR 05 2008
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAMEEL GIBBONS
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Assault on Federal Law Enforcement Officer

in violation of Title 18 United States Code, Section(s) 111(A)(1)AND(B) AND 1114

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

March 5, 2008, Providence, RI
Date and Location

Bail fixed at
$ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Wyatt Det Facility | | |
| DATE RECEIVED 03/05/08 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 03/17/08 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.